# UNITED STATES DISTRICT COURT

## *Western District of Missouri*

### *JUDGMENT IN A CIVIL CASE*

CASSIE LASTER,

       Plaintiff,

   ***v.***

CAROLYN W. COLVIN, Commissioner,
Social Security Administration

       Defendant.

### *Case Number:   15-3359-SSA-CV-S-MJW*

_ Jury Verdict. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

x_ Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED – that the decision of the Commissioner is affirmed .

ENTERED ON:  June 10, 2016

PAIGE WYMORE-WYNN
Court Clerk

*L. Bax*

(By) Deputy Clerk